**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THOMAS SCHEHL,** <br><br> Plaintiff, <br><br> v. <br><br> **NATURE'S TREES, INC.** <br> **d/b/a SAV-A-TREE** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-cv-1485 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT'S NOTICE OF REMOVAL**

**TO:** THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant Nature's Trees, Inc. d/b/a Sav-A-Tree ("Defendant"), by counsel and pursuant to 28 U.S.C. §§ 1441(b) and 1332, hereby files a Notice of Removal of this action from the Superior Court of the District of Columbia, to this Court.

In support of removal of this matter, Defendant states as follows:

1. In or about August 2014, Plaintiff, Thomas Schehl, filed the instant Complaint against Defendant in the Superior Court of the District of Columbia, captioned *Thomas Schehl vs. Nature's Trees, Inc. d/b/a Sav-A-Tree,* Case No. 14-0004857. A copy of Plaintiff's Complaint is attached hereto and marked as Exhibit "1."

2. Defendant's Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), within thirty days of service of process. No answer (or other responsive pleading) has been filed in the Superior Court of the District of Columbia.

3. The Superior Court of the District of Columbia is located within the United States District Court for the District of Columbia. Therefore, pursuant to 28 U.S.C. § 1441(a), this Court is the appropriate forum to entertain this Notice of Removal.

4. This Court possesses jurisdiction over the subject matter, as the amount in controversy exceeds $75,000, and the suit is between citizens of different states. 28 U.S.C. § 1332(a)(1). Plaintiff is a citizen of the District of Columbia while Defendant Nature's Trees, Inc. d/b/a Sav-A-Tree, is a New York corporation maintaining its corporate headquarters and principal place of business in Bedford Hills, New York. *See* Complaint, Paragraphs 2 and 3.

5. Concurrent with the filing and service of Defendant's Notice of Removal, Defendant is serving a copy of Defendant's Notice of Filing Notice of Removal upon Plaintiff, after filing same together with a copy of Defendant's Notice of Removal with the Clerk of the Superior Court of the District of Columbia. A copy of which is attached as Exhibit "2."

WHEREFORE, Defendant hereby removes Plaintiff's action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, as provided by law.

                    Respectfully submitted,

                    /s/ John B. Flood
                    John B. Flood #500069
                    Ogletree, Deakins, Nash,
                     Smoak & Stewart, P.C.
                    1909 K Street, N.W., Suite 1000
                    Washington, D.C.  20006
                    Tel: (202) 887-0855
                    Fax: (202) 887-0866
                    Email: john.flood@odnss.com
                    *Attorney for Defendant*

Dated:  August 28, 2014

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **THOMAS SCHEHL,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NATURE'S TREES, INC.** )<br>**d/b/a SAV-A-TREE** )<br>)<br>Defendant. )<br>) | Case No. 1:14-cv-1485 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2014, I electronically filed a copy of the foregoing using the CM/ECF system and thereby sent notice to all registered counsel of record, , and mailed a copy of the foregoing to the following:

> David W. Brown, Esq.
> KNOPF & BROWN
> 401 E. Jefferson Street, Ste. 206
> Rockville, MD 20850
> (301) 545-6100
> brown@knopf-brown.com

*Attorney for Plaintiff*

> /s/ John B. Flood
> John B. Flood
> Ogletree, Deakins, Nash,
>    Smoak & Stewart, P.C.
> 1909 K Street, N.W., Suite 1000
> Washington, D.C.  20006
> Tel:  (202) 887-0855
> Fax: (202) 887-0866
> Email: john.flood@odnss.com

*Attorney for Defendant*

3